880

No. 218, Misc. MacArthur v. California. District Court of Appeal of California, First Appellate District. Certiorari denied.

No. 166, Misc. Aitchison v. Maryland. Court of Appeals of Maryland. Motion for leave to file brief of Kenneth C. Hitchcock et al., as *amici curiae,* denied. Certiorari denied. Petitioner *pro se.* *W. Giles Parker,* Assistant Attorney General of Maryland, for respondent.

November 15, 1954.

No. 28. Rice v. Sioux City Memorial Park Cemetery, Inc. et al. Certiorari, 347 U. S. 942, to the Supreme Court of Iowa. Argued November 8–9, 1954. Decided November 15, 1954. *Per Curiam:* The judgment is affirmed by an equally divided Court. *Lowell C. Kindig* argued the cause for petitioner. With him on the brief was *Neil R. McCluhan.* *Jesse E. Marshall* argued the cause for respondents. With him on the brief was *H. C. Harper.* *Will Maslow, Leo Pfeffer, Shad Polier* and *Joseph B. Robison* filed a brief for the American Jewish Congress, as *amicus curiae.*